[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-15532
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
March 28, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 05-00135-CR-CLS-RRA

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHARLES EUGENE PRITCHETT,
a.k.a. Mookie,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(March 28, 2006)

Before BIRCH, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

Joseph A. Ingram, appointed counsel for Charles Pritchett in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Pritchett's convictions and sentences are **AFFIRMED**.